19165. WIDINCAMP *v.* WOOD, Judge.
19166. MURRAY *v.* WOOD, Judge.
19167. ASHLEY *v.* WOOD, Judge.

BROYLES, C. J. The judge properly declined to certify the bill of exceptions in each of these cases.

*Mandamus absolute denied. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 10, 1928.

*H. L. Williams,* for the applicants.